## Pearce v. The State.

(Three cases.)

APPEAL from Elmore Circuit Court.

TRIED before the Hon. N. D. DENSON.

·GORDON MACDONALD and N. D. BRAINARD, JR., for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for obtaining money under false pretenses. This case is affirmed on the authority of *Pearce v. The State*, 115 Ala. 115.

Opinion by HARALSON, J.